

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00062-CR

Derrick Wayne **GRISSETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-0492W
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 29, 2021.

_____
Liza A. Rodriguez, Justice